FILED
SEP 08 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, , | ) | Case No. 5:25-CR-108 |
| Plaintiff | ) | Judge Brennan |
| | ) | |
| -vs- | ) | |
| | ) | |
| LARRY DUSENBERY | ) | MOTION TO MODIFY |
| Defendant | ) | CONDITIONS OF RELEASE |

Now comes Larry Dusenbery (hereinafter "Defendant"), acting in pro per, and hereby moves the Court to modify his conditions of release for one night.

A brief in support of said motion is attached hereto and incorporated herein by reference.

Respectfully submitted,

Larry Dusenbery.
Defendant in pro per
340 E. Summit St. Apt. D
Kent, Ohio 44240

## BRIEF

As this Court knows Defendant is on pretrial release with electronic monitoring and has been for 19 months. He has been compliant with all conditions for the last 19 months.

Defendant is asking the Court to allow him to stay out on Thursday, September 10th until 10 p.m. His girlfriend has tickets to see Taj Farrant at the Kent Stage in Kent, Ohio. The Kent Stage is only 3 blocks from Defendant's apartment.

Defendant never gets out of his apartment unless it is for doctor appointments or to see his typist.

Moreover, it is Defendant's position that this case has not been proven and he is presently working on a reply brief for a Rule 29 motion that is pending before this Court.

WHEREFORE, in light of the above, Defendant respectfully requests that the motion be granted.

Respectfully submitted,

Larry Dusenbery.
Defendant in pro per
340 E. Summit St. Apt. D
Kent, Ohio 44240

CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing this 8th day of September 2026, was served upon the following:

Margaret A. Sweeny
Assistant U.S. Attorney
801 W. Superior Ave. Suite 400
Cleveland, Ohio 44113

Larry Dusenbery